UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                Case 20-CR-20489

v.                                       Hon. Robert H. Cleland

ADAM ANTONIO BRADLEY,

    Defendant.
_____/

## ORDER PERMITTING DEFENDANT ADAM ANTONIO BRADLEY TO FURLOUGH TO ATTEND FATHER'S MEMORIAL SERVICE

**IT IS HEREBY ORDERED** that Defendant Adam Antonio Bradley is permitted to furlough to attend his father's, Brian Lyndon Bradley, Visitation & Memorial Gathering on Wednesday, February 23, 2022 at Professional Mortuary Services, 3833 Livernois Ave., Detroit, Michigan, between the hours of 1:00 pm and 4:00 pm.

**IT IS ORDERED** the Defendant Adam Antonio Bradley is to be released on furlough from the Livingston County Jail as designated by the U.S. Marshal Service; to be picked up on Wednesday, February 23, 2022 by family members from said County Jail by 9:00 a.m. and to be returned to the designated facility no later than 9:00 p.m. on Wednesday, February 23, 2022.

**IT IS FURTHER ORDERED** the Defendant shall not use alcohol at all or

unlawfully use or possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Refrain from the use of marijuana which is prohibited by federal law.

    IT IS SO ORDERED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  February 18, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 18, 2022, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522